NATIONAL METROPOLITAN BANK OF WASHINGTON, a Corporation, Co-executor of the Estate of Frederick W. Buchholz, Deceased, Appellant, v. Cornelius H. DOHERTY, as Executor of the Estate of Christina Buchholz, Deceased, Appellee.

No. 9392.

United States Court of Appeals District of Columbia.

Argued Jan. 14, 1947.

Decided March 10, 1947.

Mr. Louis M. Denit, of Washington, D. C., with whom Messrs. Coleman L. Diamond, A. Leckie Cox and Thomas S. Jackson, all of Washington, D. C., were on the brief, for appellant.

Mr. Henry I. Quinn, of Washington, D. C., with whom Mr. Prentice E. Edrington, of Washington, D. C., was on the brief, for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Associate Justices.

PER CURIAM.

The District Court granted appellee's motion to dismiss appellant's complaint on the ground that it failed to state a claim on which relief could be granted. The question turned on the interpretation of a contract. A majority of this court are of opinion that the District Court's interpretation is correct. The judgment is therefore affirmed.